IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DR. PATRICIA DODD,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | **CIVIL ACTION NO. 3:13-cv-1835-L** |
| **DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,** | § § § § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dr. Patricia Dodd and Defendant Dallas County Community College District (the "Parties") file this Joint Stipulation of Dismissal with Prejudice. The Parties agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice. The Parties also agree and stipulate that each shall be responsible for her/its own respective costs and attorneys' fees incurred as a result of this action.

Date: December 18, 2014

Respectfully submitted,

/s/ Frank Warren Hill
Frank Warren Hill
Texas Bar No. 09632000
HILL GILSTRAP
1400 West Abram Street
Arlington, TX 76013
Telephone: 817-261-2222
Fax: 817-861-4685
fhill@hillgilstrap.com

**ATTORNEYS FOR PLAINTIFF**

- and -

/s/ Michael R. Buchanan
Michael R. Buchanan
Texas Bar No. 03288300
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500
Dallas, TX 75225
michael.buchanan@ogletreedeakins.com
(214) 987-3800
(214) 987-3927 (fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served upon all counsel via a method prescribed by the Federal Rules of Civil Procedure on December 18, 2014.

  /s/ Michael R. Buchanan
Michael R. Buchanan

19676880.1